

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 78 |
|---|---|
| | 184 DPR ____ |
| Luis Vázquez Pérez | |

Número del Caso: TS-10549


Fecha: 5 de marzo de 2012


Colegio de Abogados de Puerto Rico:


Lcdo. Israel Pacheco Acevedo


Materia: Conducta Profesional- La suspensión será efectiva el 21 de marzo de 2012 fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Vázquez Pérez
                                TS-10549


PER CURIAM

En San Juan, Puerto Rico, a 5 de marzo de 2012.

Nos enfrentamos nuevamente con una conducta inaceptable para cualquier miembro de la profesión jurídica. Se trata de la falta de cumplimiento de las órdenes que este Tribunal emite en el ejercicio de su jurisdicción disciplinaria. Por este motivo, nos corresponde imponer la sanción más severa: el desaforo.

I

El 27 de mayo de 2011 el Colegio de Abogados presentó una moción en la que informó que el Lcdo. Luis Vázquez Pérez tenía al descubierto el pago de la fianza notarial desde el 2010. Mediante

Resolución de 6 de junio de 2011, le concedimos al licenciado Vázquez Pérez un término de veinte días, contados a partir de la notificación de la Resolución, para que mostrara causa por la cual no debía ser suspendido del ejercicio de la notaría por tener su fianza al descubierto. El señor Vázquez Pérez no contestó.

Así las cosas, el 7 de octubre de 2011 le concedimos un término final de diez días al señor Vázquez Pérez para que cumpliera con lo que se le ordenó el 6 de junio de 2011. Además, le apercibimos que de no cumplir se exponía a sanciones serias, entre ellas la suspensión del ejercicio de la notaría y de la abogacía. El señor Vázquez Pérez, de forma contumaz, no contestó.

II

El Canon 9 del Código de Ética Profesional, 4 L.P.R.A. Ap. IX, dispone que todo abogado deberá observar hacia los tribunales una conducta que se caracterice por el mayor respeto y diligencia. Hemos resuelto en ocasiones reiteradas que todo abogado tiene la obligación de responder con diligencia a los requerimientos y órdenes de este Tribunal, sobre todo cuando se trata de asuntos de naturaleza disciplinaria. In re Morales Rodríguez, 179 D.P.R. 766 (2010). Así pues, no cumplir de forma diligente y responsable con lo ordenado por este Foro y demostrar indiferencia ante nuestros apercibimientos es razón suficiente para suspender a un abogado del ejercicio de la

profesión jurídica. In re Rivera Rosado, 180 D.P.R. 698 (2011).

En Colegio de Abogados de Puerto Rico v. Pizzini Arnott, 157 D.P.R. 182, 184 (2002), mencionamos que

> [l]os abogados están obligados a responder de manera diligente a los requerimientos de esta Curia, en especial si se trata de un procedimiento disciplinario. Esta obligación existe y obliga al abogado sin importar los méritos que pueda tener la querella investigada. La conducta obstinada e incomprensible de los miembros de la profesión jurídica al no responder a nuestras órdenes, nos ha llevado a imponerles a los querellados drásticas sanciones. (Citas omitidas)

Dicho de otro modo, hacer caso omiso a nuestras órdenes conduce a la imposición de sanciones disciplinarias rigurosas, que incluyen, entre otras, la suspensión del ejercicio de la profesión. Véanse: In re Grau Díaz, 167 D.P.R. 397 (2006); In re Zayas Cabán, 162 D.P.R. 839 (2004); In re Arroyo Rivera, 161 D.P.R. 567 (2004); In re Torres Torregrosa, 161 D.P.R. 66 (2004); In re Fernández Pacheco, 152 D.P.R. 531 (2000); In re Rivera Rodríguez, 147 D.P.R. 917 (1999).

En fin, se trata de un acto de indisciplina, desobediencia, contumacia y falta de respeto que no toleraremos. Véanse, In re Rosario Martínez, Op. de 31 de enero de 2012, 2012 T.S.P.R. 26, 2012 J.T.S. 39, 184 D.P.R. __ (2012); In re Betancourt Medina, Op. de 9 de diciembre de 2011, 2011 T.S.P.R. 197, 2011 J.T.S. 202, 183 D.P.R. __ (2012).

III

El licenciado Vázquez Pérez demostró con su conducta un menosprecio total por las órdenes de este Foro. Su actitud de desinterés hacia este Tribunal no lo hace merecedor de desempeñarse como miembro de la profesión legal.

Según surge del expediente, al licenciado Vázquez Pérez se le concedió un término razonable para contestar nuestro requerimiento. Incluso, se le otorgó un segundo término para que contestara y de esa forma, evitara una sanción disciplinaria. No obstante, este prefirió desafiar nuestra jurisdicción disciplinaria y no contestar. Con ello, no nos deja más alternativa que proceder con nuestra sanción más severa.

Por los fundamentos antes expresados ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría del Lcdo. Luis Vázquez Pérez. Además, ordenamos la cancelación de su fianza notarial.

Se le impone el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos. Además, tiene que devolverle a los clientes los honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. De igual forma, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior dentro del término de 30

días a partir de la notificación de esta Opinión *Per Curiam*.

El alguacil de este Tribunal procederá de inmediato a incautarse de la obra y sello notarial del licenciado Vázquez Pérez, debiendo entregar éstos a la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Esta Opinión y la Sentencia correspondiente se notificarán personalmente al abogado de epígrafe a la última dirección que aparece en su expediente personal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Vázquez Pérez                TS-10549


SENTENCIA

En San Juan, Puerto Rico, a 5 de marzo de 2012.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte integrante de la presente Sentencia, Se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría del Lcdo. Luis Vázquez Pérez. Además, ordenamos la cancelación de su fianza notarial.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal. El Juez Asociado señor Estrella Martínez no intervino.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo